AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 2:10-MJ- *1091-ONF*

ERMAL HODO
a/k/a "Hamdi Shatri"

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:  On or about March 4, 2009, in Collier County, in the Middle District of Florida, the defendant herein did knowingly and willfully make a false statement under oath in an Application for Naturalization, Form N-400 in the name of "Hamdi Shatri." In violation of Title 18, United States Code, Section 1015(a).

I further state that I am a Special Agent with United States Immigration and Customs Enforcement and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Special Agent Kathryn Dellane Mangone
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

August 31, 2011                          at        Fort Myers, Florida
Date

**DOUGLAS N. FRAZIER**
United States Magistrate Judge                _____
Name & Title of Judicial Officer                Signature of Judicial Officer

N:\_Criminal Cases\H\Hodo, Ermal_2010R01505_JMC\Complaint\Complaint.wpd

## AFFIDAVIT

I, Kathryn A. Dellane Mangone, being duly sworn, do depose and state:

1.      I am Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), formerly the United States Customs Service, and have been so employed since July 1988.  I am currently assigned to the ICE Resident Agent-in-Charge Office (RAC) Fort Myers, Florida.

2.      During my tenure as a Special Agent, I have received training and have been involved in investigations involving the importation of controlled substances, the laundering of illicit proceeds, human smuggling, the exportation of sensitive and controlled commodities and technology, (such as Weapons of Mass Destruction), fraud and immigration related matters.  I have conducted investigations involving the importation, exportation, and distribution of illicit drugs, the laundering of the proceeds from those activities, and the apprehension of aliens who are in the United States illegally.  As a Special Agent for ICE, I enforce immigration laws including offenses involving aliens who are believed to have used fraudulent means to enter and reside in the United States, without authorization from the Secretary of Homeland Security. This affidavit is based upon my personal knowledge and information, which has been provided to me by other law enforcement officers.

3.      The statements contained in this affidavit are based on information provided by law enforcement personnel involved in this investigation, conversations held with and/or information from other law enforcement agencies, information provided

1

by a source of information, information gathered from subpoenaed records, as well as your Affiant's own involvement in the investigation. Since the affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and for the issuance of an arrest warrant, your Affiant has not included each and every fact known to your Affiant or law enforcement officers concerning this investigation. Your Affiant has set forth only facts that this Affiant believes are essential to establish the necessary foundation for an order authorizing the issuance of an arrest warrant.

## BACKGROUND OF INVESTIGATION

4.      In or about February, 2008, the Collier County Sheriff's Office received information that an individual purported to be Hamdi Shatri, a citizen and national of Yugoslavia, with a date of birth of September 10, 1975, was using a false identity and is actually Ermal Hodo (hereafter "HODO"), a citizen and national of Albania with a date of birth of March 1, 1978. The source of information stated that HODO came to the United States several years ago under his true identity and left. The source also stated that HODO then assumed the identity of Hamdi Shatri (hereafter "SHATRI") who had died in the war in Kosovo. According to the source of information, HODO obtained the identity documents of SHATRI and then illegally entered the United States. HODO then applied for asylum under SHATRI's identity. The source of information stated that this is a known fact in the Albanian community in Naples, Florida. Based upon your Affiant's investigation as discussed herein, the source of information has been deemed to be reliable.

2

## Initial Entry into the United States

5.     During the course of this investigation, your affiant reviewed the Treasury Enforcement Computer System (TECS) which revealed an Admission/Departure record # 50598638904 for Ermal HODO, a citizen of Albania with the date of birth of March 1, 1978; as entering the United States at New York, New York on July 22, 1994; as a non-immigrant visitor for pleasure (B-2) with a Visa issued out of Tirana on July 14, 1994, and departing on August 07, 1994.

6.     The U.S. Department of State had no record of the visa issued in the name of Ermal HODO.  As a result, your affiant was unable to obtain any further biographical information about HODO from this prior entry into the United States.

## Application for Asylum, Form I-589

7.     Your affiant obtained Hamdi SHATRI's[1] alien file, A073 589 464, which reflected that SHATRI applied for asylum as a citizen and national of Yugoslavia and was approved in 1996.  As part of the asylum process, SHATRI provided a set of his fingerprints.  Reflected on SHATRI's Application for Asylum and for Withholding of Deportation (I-589), SHATRI stated that he entered the United States on July 11, 1995 by crossing the border in San Diego, California from Mexico without inspection.  No TECS records are found for SHATRI's entry into the United States which is consistent with an entry into the United States without inspection.  In the application, Sherif SHATRI is listed as SHATRI's father and Fatime SHATRI as his mother.  On the

---

[1] Throughout this affidavit, your Affiant will refer to the individual applicant as Hamdi SHATRI. However, notwithstanding the use of the identity "Hamdi SHATRI," your Affiant reasonably believes the true identity of the individual applicant is Ermal HODO.

3

signature line on page 7 of the application, SHATRI signed his name in a manner that is inconsistent with the way he signed his name in other documents, as it actually appears to be signed "E Hodo". Along with his I-589 application, SHATRI provided a birth certificate from the Peoples Republic of Yugoslavia, and a Socialist Federal Republic of Yugoslavia, Socialist Republic of Serbia Identification card #CP07829456. The identification card #CP07829456, was issued on December 15, 1992 in the name of Hamdi SHATRI, with a date of birth of September 10, 1975, and a photo of SHATRI. SHATRI subsequently became a lawful permanent resident on May 25, 2004.

8.     In December 2009, ICE RAC/Fort Myers received a certified copy of the Socialist Federal Republic of Yugoslavia, Socialist Republic of Serbia Identification card #CP07829456 issued to Hamdi SHATRI (hereafter the "certified identification card"). The certified identification card does not match the identification card provided to the United States Immigration and Naturalization Service as part of SHATRI's Asylum application. Specifically, the certified identification card contained a photo and fingerprint for SHATRI. The identification card included in the I-589 application did not have a fingerprint. Also, the photos on the two identification cards for SHATRI did not match.

9.     On February 17, 2010, Sharon Graves, Senior Latent Examiner for Lee County Sheriff's Office compared the fingerprint contained on the certified identification card of Hamdi SHATRI, to the rolled inked impressions of the individual purported to be Hamdi SHATRI, date of birth of September 10, 1975, taken on February 17, 1996 by the Immigration and Naturalization Service in New York, during the course of the asylum

4

process. After comparison under magnification, it was determined that the prints were not identical in ridge detail and therefore not made by the same person.

### Application for Naturalization, Form N-400

10.    On or about March 4, 2009, SHATRI completed and mailed an Application for Naturalization, N-400, providing the name of Harry SHATRI as another name he has used. The application reflected his date of birth as September 10, 1975, his country of birth and nationality as Yugoslavia, and his home address as 15485 Cortona Way, Naples, Florida 34120. Under Part 11 of the application, titled "Your Signature", SHATRI signed and dated it March 4, 2009, certifying under penalty of perjury under the laws of the United States of America that the application and the evidence submitted with it was true and correct. The application and Federal Express Envelope used by SHATRI to mail this application to the United States Citizen Services, 2501 S. State Hwy 121, Bldg 4, Lewisville, Texas 75067, was sent in the name of Hamdi SHATRI, 15485 Cortona Way, Naples, FL 34120. The envelope also reflected a dated postage mark from Naples, FL. SHATRI became a Naturalized Citizen on July 15, 2009.

### The HODO Family

11.    In June, 2011, ICE RAC/Fort Myers received a certified copy of Ermal HODO's birth certificate from the Republic of Albania. The birth certificate for Ermal HODO, with a date of birth of March 1, 1978, reflects HODO being born in Tirana, Albania. HODO's father is listed as Hajdar HODO and his mother as Albina HODO, both Albanian.

5

12. In or about August, 2009, the source of information had also advised law enforcement that SHATRI was living with his birth parents, who are identified as Albina HODO (A79 475 287) and Hajdar HODO (A79 475 288). A review of Albina and Hajdar HODO's alien files revealed that they claimed to have three children, two daughters and one son named Ermal HODO with a DOB of March 01, 1978.

13. The Florida Highway Safety and Motor Vehicles Florida Driver And Vehicle Information Database (DAVID) reflects the following addresses utilized by Hamdi SHATRI, on Florida drivers license #S360-320-75-330-0, and by Hajdar Hodo (hereafter "H. HODO"), on Florida drivers license #H300-320-48-361-0, for the period of January 2001 to present. The address of 16005 Arbor View Blvd, Apt 433, Naples, FL 34110 was used by SHATRI from January 26, 2001 to December 14, 2001, and by H. HODO from January 25, 2001 to December 14, 2001. The address of 7724 Jewel Lane, Apt 104, Naples, FL 34109, was used by SHATRI from December 14, 2001 to October 8, 2003, and by H. HODO from December 14, 2001 to October 8, 2003. The address of 8446 Hollow Brook Circle, Naples, FL 34119 was used by SHATRI from October 8, 2003 to January 10, 2007, by H. HODO from October 8, 2003 to July 30, 2008, and by Albina HODO for July 10, 2009. The address of 15485 Cortona Way, Naples, FL 34120 was used by SHATRI from January 10, 2007 to May 12, 2011, by H. HODO from July 30, 2008 to present, and by Albina HODO from July 10, 2009 to present. The address of 14966 Summit Place Circle, Naples, FL 34119 has been used by SHATRI from May 12, 2011 to present.

6

14.    On March 6, 2007, Naples Police Officers Cercone and Phillips responded to a call and spoke with Kamal FATAYER, who reported an uttering of a forged document, a petit theft and grand theft against himself by Mahoud ZAMMARI (case #07-00726). SHATRI had assisted ZAMMARI with the cashing of this check at Fifth Third Bank in Naples, Florida. Officers subsequently interviewed Marsilda CUKA, a bank teller at Fifth Third Bank, who processed the check. During the interview, CUKA advised officers that the rear of the check already had Hamdi SHATRI's signature on it along with two account numbers. The first account number beginning with 518 belonged to SHATRI. The account number placed below SHATRI's began with 032. This account number (beginning with 032), according to CUKA, belonged to SHATRI's father's account, Mr. Hajdar HODO.

15.    On March 12, 2007, CUKA, the Fifth Third Bank teller, provided a sworn statement to Detective David Parr, Naples Police Department. In her statement she stated "Harry the son had signed and had put two account numbers on the back of the check, one of them was his dad's account, Hajdar HODO and the other one was Harry's account." Your affiant believes that the reference to "Harry" by CUKA was a nickname used by Hamdi SHATRI.

16.    On May 1, 2007, a sworn statement was given by Hamdi SHATRI to Detective David Parr and Detective Dave Harris of Naples Police Department as part of case #07-00726 which was a Forgery and Counterfeiting investigation. During this sworn statement, Detective Harris stated, "O.K. Now as far as these two account numbers". SHATRI replied "One is mine, one is my father's." Detective Harris then

7

asked, "Now which one of these accounts is yours?" SHATRI replied "518." Detective Harris responded "5185." SHATRI adds "678," and Detective Harris relies "5678." Further in the sworn statement SHATRI stated, "It could have been then, it wasn't enough in my account and it could have been about authorizing my dad's account I have authorization on my dad's account. My dad doesn't speak in English. I have to do everything for him." And then later in the statement SHATRI said, "Well I didn't, I had to confirm (inaudible) even though she knows me, I still had to confirm that you know, I'm authorizing this by my dad's social security number, address and everything else, and I can, I don't remember if I put the number in there, if I gave it to her. I have a, like a booklet where I keep all the, you know, Florida accounts."

17.    On July 21, 2011, ICE Special Agent Kathy Dellane Mangone served a subpoena·on Fifth Third Bank for records related to SHATRI and H. HODO's bank accounts. On July 25, 2011, Fifth Third Bank responded to the subpoena and identified three bank accounts for SHATRI and H. HODO. Account #XXXXXX6878 is a joint account belonging to Harry SHATRI (DOB 09/10/1975), 14966 Summit Place Circle, Naples, FL 34119, and identifying his mother's maiden name as Albina; and Ana KUKAJ (DOB 10/22/1980), 15485 Cortona Way, Naples, FL 34120. Account #XXXXXX5704 is a joint account belonging to Hajdar HODO (DOB 10/01/1948) and Albina HODO (DOB 04/22/1950), 15485 Cortona Way, Naples, FL 34120. Account #XXXXXX6574 is a sole owner account for Harry SHATRI (DOB 09/10/1975), 14966 Summit Place Circle, Naples, FL 34119, and identifying his mother's maiden name as Albina.

8

**Title 18, United States Code, Section 1015(a)**

18.    It is a violation of federal law to "knowingly make[ ] any false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization . . . ." 18 U.S.C. §1015(a).

19.    Based upon the information gathered to date by your Affiant, there is probable cause to believe that an individual purported to be Hamdi SHATRI, believed to actually be Ermal HODO, made a false statement under oath in a United States application relating to naturalization, on or about March 4, 2009, in Naples, Collier County, Florida, and therefore is in violation of Title 18, United States Code, Section 1015(a), namely False Statement Relating to Naturalization.

WHEREFORE, your affiant respectfully requests the issuance of an arrest warrant for Ermal HODO, a/k/a "Hamdi Shatri."

FURTHER AFFIANT SAYETH NOT.

Kathryn A. Dellane Mangone
Special Agent
Immigration and Customs Enforcement

Sworn to and subscribed before me this 31st day of August, 2011.

United States Magistrate Judge

9